U.S. District Court

Middle District of Louisiana (Baton Rouge)

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA
2017 AUG 24  PM 3: 25

SIGN_____
BY DEPUTY CLERK

TRAVIS DAY

CIVIL ACTION

VERSUS

BATON ROUGE CITY POLICE                         CASE #: 17-328-JWD-RLB

I Travis Day am writing this letter to amend the petition that I filed before proceding. After carefully reviewing my case information I need to add another defendant. I Travis Day would like to add the City of Baton Rouge (Mayor Sharon Weston Broome) to my petition. The address and phone to this defendant is as follows: 222 Saint Louis St. #301 Baton Rouge, LA 70802 and (225) 389-3100.

*Travis Day*

Travis Day
11359 E. Black Oak
Baton Rouge, LA
70815
(225) 349-6391