UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVIS DAY | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 17-328-JWD-RLB |
| BATON ROUGE CITY POLICE | |

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report issued on September 18, 2017, (Doc. 13), and to which no objection was filed:

**IT IS ORDERED** that Plaintiff's claims against "Baton Rouge City Police" are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

Signed in Baton Rouge, Louisiana, on October 27, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA